IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tillis, Annie

Printed: 01/06/09

Case Number: 05 B 58805
Judge: Hollis, Pamela S
Filed: 10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: May 1, 2008
Confirmed: December 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,182.13 |  |
| Secured: |  | 508.09 |
| Unsecured: |  | 6,210.86 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,394.00 |
| Trustee Fee: |  | 506.60 |
| Other Funds: |  | 562.58 |
| Totals: | 10,182.13 | 10,182.13 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph Wrobel Ltd | Administrative | 2,394.00 | 2,394.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 11,090.00 | 107.14 |
| 4. | City Of Chicago | Secured | 400.95 | 400.95 |
| 5. | Premier Bankcard | Unsecured | 454.77 | 243.09 |
| 6. | Portfolio Recovery Associates | Unsecured | 8,804.74 | 4,939.53 |
| 7. | Capital One | Unsecured | 1,616.50 | 906.88 |
| 8. | City Of Chicago | Unsecured | 216.36 | 121.36 |
| 9. | City Of Chicago | Unsecured |  | No Claim Filed |
| 10. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 11. | University Of Chicago Physicians | Unsecured |  | No Claim Filed |
| 12. | America's Financial Choice Inc | Unsecured |  | No Claim Filed |
| 13. | James D Schleneker MD | Unsecured |  | No Claim Filed |
|  |  |  | $ 24,977.32 | $ 9,112.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 108.73 |
| 5% | 26.85 |
| 4.8% | 129.34 |
| 5.4% | 221.20 |
| 6.5% | 20.48 |
|  | $ 506.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Tillis, Annie

Printed: 01/06/09

Case Number:  05 B 58805
Judge:  Hollis, Pamela S
Filed:  10/16/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

